## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, Cocaine Base, and Marijuana (21 USC 846). |
| | | ORIGINAL SENTENCE: One Hundred Forty (140) months imprisonment followed by Five(5) Years Supervised Release |
| FROM: | Margaret Carroll<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: $100 Special Assessment Fee. The defendant will participate in a program approved by the United States Probation Office for SUBSTANCE ABUSE, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment. The defendant shall provide the probation officer with access to any requested FINANCIAL INFORMATION. |
| | | AUSA: John M. Katko |
| RE: | David Fermin<br>Docket #5:98CR00535-004 | |

DATE OF SENTENCE: 01/24/00

DATE: July 2, 2008

ATTACHMENTS: JUDGMENT X

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On January 24, 2000, the above-mentioned individual was sentenced as outlined above in the Northern District of New York, by the Honorable Thomas J. McAvoy, Chief U.S. District Judge.

David Fermin                                - 2 -                                24113/MAC

On June 23, 2008, we received a letter from the Northern District of New York, advising that the Honorable Thomas J. McAvoy, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Fermin's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                  Respectfully submitted,

                                  Chris J. Stanton
                                  Chief U.S. Probation Officer

By: _____
      Margaret Carroll
      Sr. U.S. Probation Officer
      212-805-5153